UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACK F. BRAKEBILL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:14-CV-105-TAV-CCS |
| ) | |
| HERBERT MONCIER, ESQ., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant Herbert Moncier's Motion to Revise the Court's Order to Substitute the Date of August 12th for August 11th for Setting Depositions [Doc. 71]. In a Memorandum and Order to be entered contemporaneously to the instant Order, the undersigned set a revised schedule for depositions in this case. The revised schedule does not set any depositions on either August 11, 2014, or August 12, 2014. Therefore, the Court finds that the Motion to Revise the Court's Order **[Doc. 71]** is moot, and it is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge