UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JACK F. BRAKEBILL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-105-TAV-CCS |
| | ) | |
| HERBERT MONCIER, ESQ., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Continue Hearing on Motion to Quash [Doc. 119], filed by Non-Party Katherine A. Young. Ms. Young has filed a Motion to Quash, which is set for hearing on August 12, 2014. On August 8, 2014, she filed the instant Motion to Continue moving the Court to cancel the hearing on August 12. Ms. Young suggests that the hearing be reset after she and Defendant Herbert S. Moncier have had additional time to confer about the scope of the production requested pursuant to the subpoena served on Ms. Young by Mr. Moncier. Ms. Young represents that Mr. Moncier concurs and joins in her request to continue.

Based upon the foregoing, the Court finds that the Motion to Continue Hearing **[Doc. 119]** is well-taken, and it is **GRANTED**. The hearing set to commence at **9:30 a.m. on August 12, 2014** is **CANCELLED**. The Court will not re-schedule the hearing at this time, and instead, the Court will rely on Ms. Young's counsel and Mr. Moncier to advise the Court when the parties are prepared to go forward with this hearing. If a hearing has not been set by **October**

**15, 2014**, the parties are **INSTRUCTED** to join in a conference call and contact chambers to advise the Court of the status of this dispute.

    **IT IS SO ORDERED**.

                                      ENTER:

                                      <u>s/ C. Clifford Shirley, Jr.</u>
                                      United States Magistrate Judge