UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JACK F. BRAKEBILL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-105-TAV-CCS |
| | ) | |
| HERBERT MONCIER, ESQ., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion to Strike and Not Consider Replies on Herbert S. Moncier's Motion to Compel, [Doc. 130]. Plaintiffs argue that the reply briefs filed by Defendants in support of Mr. Moncier's Motion to Compel [Doc. 103] exceed the scope permitted under Local Rule 7.1 by raising new issues. The Plaintiffs move the Court to strike and not consider the replies filed by Defendants.

On October 6, 2014, the Court entered an Order denying the Motion to Compel [Doc. 103] as moot. The Court issued its ruling on a procedural basis and without considering the merits of the motion or the replies. The replies and the underlying Motion to Compel are no longer at issue, and thus, the Court finds that the Motion to Strike is now moot. Accordingly, the Motion to Strike **[Doc. 130]** is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge