UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JACK F. BRAKEBILL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-105-TAV-CCS |
| | ) | |
| HERBERT MONCIER, ESQ., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant Herbert Moncier's Motion to Shorten Briefing Schedule on Motion to Disqualify Counsel and for an Expedited Hearing [Doc. 159]. In his Motion to Disqualify Counsel [Doc. 158], Mr. Moncier moves the Court to disqualify the attorneys that Plaintiffs have selected to represent them in this case. The Court finds that, given the gravity of this request, it would be imprudent to shorten briefing on this issue or to order the parties to appear before the undersigned to address this issue without sufficient time to prepare. The Court finds that Mr. Moncier has failed to demonstrate good cause for shortening the briefing schedule on the Motion to Disqualify or to hold an expedited hearing.

Accordingly, the Motion to Shorten Briefing Schedule on Motion to Disqualify Counsel and for an Expedited Hearing **[Doc. 159]** is **DENIED**. Consistent with the Court's Order [Doc. 180], entered September 29, 2014, Plaintiffs shall have up to and including **October 14, 2014**, in which to respond to the Motion to Disqualify Counsel, and Defendants shall have up to and including **October 28, 2014**, in which to file a final reply in support of the Motion to Disqualify

Counsel. As stated in the Notice of Hearing sent September 24, 2014, the undersigned will hear oral arguments on the Motion to Disqualify at **1:30 p.m. on November 19, 2014**.

**IT IS SO ORDERED**.

ENTER:

　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2

Case 3:14-cv-00105-TAV-CCS   Document 192   Filed 10/08/14   Page 2 of 2   PageID #: 3575