UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JACK F. BRAKEBILL,<br>DONNA BRAKEBILL, and<br>TRUST OF JACK AND DONNA<br>BRAKEBILL by and through its<br>Trustee DONNA BRAKEBILL,<br><br>    Plaintiffs,<br><br>v.<br><br>HERBERT S. MONCIER, ESQ.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No.:   3:14-CV-105-TAV-DCP<br>)<br>)<br>)<br>) |

## ORDER

This civil matter is before the Court on the Report and Recommendations (the "R&R") entered by United States Magistrate Judge Debra C. Poplin, on January 26, 2022 [Doc. 340]. Judge Poplin recommends that the Court deny defendant's motions to disqualify attorneys [Doc. 331], to enlarge mediation [Doc. 336], and to correct his motion to disqualify attorneys [Doc. 337]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Poplin's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 340]. Defendant's motions [Docs. 331, 336, 337] are **DENIED without prejudice**.

    IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE